THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO J. ALICEA, Also Known as CAPO ALICEA, Appellant. (Appeal No. 2.) [48 NYS3d 922]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered January 31, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Alicea* ([appeal No. 1] 148 AD3d 1662 [2017]). Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.